7-13-2023

3:23-CV-834-TJC-JBT

FILED

Legal Mail
Provided to Florida State Prison on
_/_/_ for mailing by _____

2023 JUL 17 AM
CLERK, US DISTRICT
MIDDLE DISTRICT
JACKSONVILLE FL

I swallowed A Razor Blade on 7-8-2023 & Medical told security to wand me & Sergent B. Duncan picked up the Metal Inside of me & told Medical about it Id!dnt cause of My MENTAL ANGUISH I have cause I've Been Deprived out of Meals, I've Been Beat up, I've My Finger Broken, I've My property thrown Away a couple of times I keep Getting harrasseed & All Day & Night I have Flash Backs & Homicidal/Suicidal thoughts Running thru My head All Day!!! Literally All Day Cause they Dont know how to Be Men & let Shit go or Brush it off its getting aggervating! When I Swallowed the Razor Medical RN Porch Contacted the Devil Doctor Emanuil Ms I Dont know what was said But I know he told them put Me Back In My Cell he dont care! Till this Day the Razor still in Me I was hoping to Die Seriously, Just Being Honest & When I let you'll know whats going I get Retaliated on Thats out right Crazy Im just tired of Being here seriously I can't Sleep At Night & I shouldn't have to want to kill myself or think about Everytime I hear a Flap Close I get scared Everytime It Never Fails!

Sincerely yours
DASHAWN DUNIVIER
#J53341

For Legal Purposes Only